**Order entered November 30, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00051-CR

## FRANCISCO JAVIER ROSALES SANTAMARIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court
Dallas County, Texas
Trial Court Cause No. F17-72122-U**

### ORDER

We **REINSTATE** this appeal.

We abated this case because appellant's brief, initially due on July 16, 2020, had not been filed. On November 23, 2020, appellant filed his brief with a motion to reinstate the appeal and to extend time for filing the brief. In the interest of expediting this appeal and because the trial court has not scheduled or held a hearing, we **VACATE** the October 5, 2020 order to the extent it required a hearing

and findings. We **GRANT** the extension motion and **ORDER** the brief filed as of the date of this order. The State's brief is due by December 28, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to J. Stephen Cooper; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE